UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

NATALIA JUSCINSKA,                                    CASE NO.:  1:24-cv-24570-CMA
*an individual,*

      Plaintiff,

v.

SWIRE PROPERTIES, INC. d/b/a
EAST HOTEL, a Florida corporation,

      Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, NATALIA JUSCINSKA, by and through undersigned counsel, and pursuant to Fla. R. Civ. P. 1.420(a)(1)(A) hereby files this Notice of Voluntary Dismissal with Prejudice as to Defendant, SWIRE PROPERTIES, INC. d/b/a EAST HOTEL.

    DATED this **10th** day of **January,** 2025.

                                             Respectfully Submitted,

                                             **LAW OFFICES OF NOLAN KLEIN, P.A.**
                                             *Attorneys for Plaintiff*
                                             5550 Glades Road, Ste. 500
                                             Boca Raton, FL 33431
                                             PH: (954) 745-0588

                                             By:  */s/ Nolan Klein*
                                             NOLAN K. KLEIN, ESQ.
                                             Florida Bar No. 647977
                                             klein@nklegal.com
                                             amy@nklegal.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **10th** day of **January**, 2025.

                                             By:  */s/ Nolan Klein*
                                             NOLAN KLEIN, ESQ.
                                             Florida Bar No. 647977

**SERVICE LIST:**

**ARLENE K. KLINE, ESQ.**
Florida Bar No. 104957
AKERMAN LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401-6183
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
Arlene.kline@akerman.com
**TEN STALLINGS, ESQ.**
Fla. Bar No. 1025710
AKERMAN LLP
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone: (305) 982-5541
Facsimile: (305) 349-4896
Ten.stallings@akerman.com
*Counsel for Defendant, Swire Properties, Inc.*